# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NO. 1:19-CV-00080-MOC-WCM

| | |
|---|---|
| **JILLIAN WEBSTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **ANDREW M. SAUL,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Extension of Time (#18). In September 2014, Plaintiff applied for disability insurance benefits and supplemental security income. The Commissioner denied her applications, so she filed the instant action. Thereafter, Plaintiff and the Commissioner filed cross-motions for summary judgment. Through a Memorandum and Recommendation, Magistrate Judge Metcalf recommended denying Plaintiff's motion, granting the Commissioner's motion, and affirming the non-disability finding. (#17). Plaintiff now moves for fourteen additional days to file objections to that recommendation. For good cause shown, the Court will grant the unopposed motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Consent Motion for Extension of Time (#18) is **GRANTED**, and Plaintiff shall have until February 13, 2020, to file objections to the magistrate judge's Memorandum and Recommendation.

Signed: February 4, 2020

Max O. Cogburn Jr.
United States District Judge