UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-80-MOC

| | |
|---|---|
| JILLIAN WEBSTER, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $23,495.69. (Doc No. 31). Defendant filed a reply to the Motion, noting that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. (Doc. No. 34). The Court finds that the requested amount is reasonable.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $23,495.69, and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

Signed: October 17, 2022

Max O. Cogburn Jr
United States District Judge

1